UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

RANDY UMANZOR,

                            Plaintiff,

        -against-

NEW YORK CITY POLICE DEPARTMENT,

                            Defendant.
------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

14 Civ. 9850 (VSB)(KNF)

        **PLEASE TAKE NOTICE** that I am the Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, assigned to represent the New York City Police Department ("NYPD") ("Defendant"), in the above-captioned action. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications, or other information relating to this matter be addressed to me at the address below, and that I be placed as Lead Counsel for Defendant on the Docket Sheet.

Dated:     New York, New York
             January 22, 2015

                                          ZACHARY W. CARTER
                                          Corporation Counsel of the
                                            City of New York
                                          *Attorney for Defendant*
                                          100 Church Street, Room 2-314
                                          New York, New York 10007
                                          (212) 356-4076
                                          jlocking@law.nyc.gov

                                 By:    /s/ *Joseph Daniel Lockinger*
                                          Joseph D. Lockinger
                                          Assistant Corporation Counsel

To:    THE HARMAN FIRM, P.C. (by ECF)
        1776 Broadway, Suite 2030
        New York, NY 10019
        (212) 42502600
        wharman@theharmanfirm.com

14 Civ. 9850 (VSB)(KNF)

| UNITED STATES DISTRICT COURT |
| SOUTHERN DISTRICT OF NEW YORK |

RANDY UMANZOR,

                              Plaintiff,

-against-

NEW YORK CITY POLICE DEPARTMENT,

                              Defendant.

**NOTICE OF APPEARANCE**

***ZACHARY W. CARTER***
*Corporation Counsel of the City of New York*
*Attorney for Defendant*
*100 Church Street, Room 2-314*
*New York, New York 10007*

*Of Counsel: Joseph D. Lockinger*
*Telephone: (212) 356-4076*
*Matter No. 2015-000522*

*Due and timely service is hereby admitted.*

*New York, N.Y. .................................................... , 2015.*

*Signed ...............................................................................*

*Attorney for ......................................................................*