```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

RANDY UMANZOR,

                                        Plaintiff,

               -against-                      **CASE MANAGEMENT PLAN AND SCHEDULING ORDER**

NEW YORK CITY POLICE DEPARTMENT,        14 CV 9850 (VSB)(KNF)

                                   Defendant.
------------------------------------------------------------------x

**VERNON S. BRODERICK**, United States District Judge:

      Pursuant to Rules 16-26(f) of the Federal Rules of Civil Procedure, the Court hereby adopts the following Case Management Plan and Scheduling Order:

1. The parties engaged in settlement discussions on April 23, 2015, as part of the District's Mediation Program pursuant to the Court's Local Rule 83.12.

2. The case is to be tried to a jury.

3. No additional parties may be joined after June 12, 2015, without leave of the Court.

4. Initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be completed no later than June 12, 2015.

5. All fact discovery is to be completed no later than September 25, 2015.

6. The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim deadlines may be extended by the parties on consent without application to the Court, provided that the parties meet the deadline for completing fact discovery set forth in ¶ 5 above.

    a.    Initial requests for production of documents shall be served by June 29, 2015.

    b.    Interrogatories shall be served by June 29, 2015.

    c.    Depositions shall be completed by August 28, 2015.

      i. Absent an agreement between the parties or an order from the Court, depositions are not to be held until all parties have responded to initial requests for document production.

      ii. There is no priority for depositions by reason of a party's status as a plaintiff or a defendant.

      iii. Absent an agreement between the parties or an order from the Court, non-party depositions shall follow initial party depositions.

    d. Requests for admissions shall be served no later than August 28, 2015.

7. Plaintiff's expert discovery, if any, including disclosures, reports, productions of underlying documents, and depositions shall be completed by September 11, 2015.

    a. If plaintiff conducts expert discovery, then defendant's expert discovery, including disclosures, reports, productions of underlying documents and depositions shall be completed by October 9, 2015.

8. All discovery shall be completed no later than October 9, 2015.

9. The Court will conduct a post-discovery conference on Oct. 15, 2015 at 10:45 a.m. No later than two weeks in advance of the conference, the parties are to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

    a. The post-discovery conference will function as a pre-motion conference required by Rule 4.A of the Court's Individual Rules and Practices. Pre-motion letters are to be submitted by Oct. 5, 2015.

10. The parties participated in the Southern District's Mediation Program pursuant to the Court's

-3-

Local Rule 83.12., on April 23, 2015. At this time, the parties believe that some additional discovery, such as depositions, should take place before settlement discussions can continue.

11. The parties have conferred and their present best estimate of the length of trial is three to five days.

Dated:   New York, New York
         May 22, 2015

**ZACHARY W. CARTER**
Corporation Counsel of the
  City of New York
Attorney for Defendant
100 Church Street, Room 2-314
New York, New York 10007
(212) 356-4076
jlocking@law.nyc.gov

By:   /S
      Joseph D. Lockinger
      Assistant Corporation Counsel

**SO ORDERED:**

*Vernon Broderick* (signature)

**HON. VERNON S. BRODERICK** 5/29/2015
**UNITED STATES DISTRICT JUDGE**

**THE HARMAN FIRM, P.C. (BY ECF)**
Attn: Walker G. Harman, Jr.
Attorney for Plaintiff
1776 Broadway, Suite 2030
New York, New York 10019
(212) 425-2600
wharman@theharmanfirm.com

By:   /S
      Walker G. Harman, Jr.
      Attorney for Plaintiff