```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/17/2015__
```

UNITED STATES DISTRICT COURT:
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
RANDY UMANZOR,                                              :
                                                            :
                              Plaintiff,                    :
                                                            :         14-CV-9850 (VSB)
               -v-                                          :
                                                            :         ORDER
NEW YORK CITY POLICE DEPARTMENT,                            :
et al.,                                                     :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      For the reasons stated on the record during the December 17, 2015 conference, Defendant's request for a medical release to obtain the Brooklyn Hospital Center's records concerning Plaintiff is GRANTED.  Defendant's request for a medical release from Dr. Petrov is DENIED.  Discovery will close upon production of the Brooklyn Hospital Center records.

      The following briefing schedule will govern the anticipated motions for summary judgment:

- The Parties' motions for summary judgment shall be filed on or before February 4, 2016;
- Responses shall be filed on or before March 3, 2016;
- Replies shall be filed on or before March 17, 2016.

      SO ORDERED.

Dated: December 17, 2015
       New York, New York

                                              Vernon S. Broderick
                                              United States District Judge