UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

RANDY UMANZOR,

                                      Plaintiff,      **DEFENDANT'S NOTICE OF MOTION FOR SUMMARY JUDGMENT**

           -against-

THE NEW YORK CITY POLICE                  14 CV 9850 (VSB) (KNF)
DEPARTMENT,

                                      Defendant.
------------------------------------------------------------ x

       **PLEASE TAKE NOTICE** that, upon the Statement of Undisputed Facts Pursuant to Rule 56.1 of the Local Civil Rules of this Court, dated April 1, 2016, the Declaration of David I. Lichtenstein, M.D., NYPD Deputy Chief Surgeon, in Support Of Defendant's Motion for Summary Judgment, executed on March 31, 2016, and the Declaration of Assistant Corporation Counsel Michael F. Fleming, executed on April 1, 2016, and the exhibits annexed thereto, and upon the Memorandum of Law in Support of Defendant's Motion for Summary Judgment, dated April 1, 2016, and upon all prior pleadings and proceedings had herein, defendant New York City Police Department will move this Court, before the Honorable Vernon S. Broderick, United States District Judge, Southern District of New York, at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, New York 10007, on a date and time to be determined by the Court, for an order and judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting Defendant's motion for summary judgment, dismissing the Complaint in its entirety on the grounds that there is no genuine issue of material fact requiring a trial, and that Defendant is entitled to judgment as a matter of law, entering

judgment for Defendant and granting Defendant such other and further relief as the Court deems just, proper, and equitable.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order, dated February 29, 2016, Plaintiff's opposition papers, if any, are due on or before April 29, 2016, and Defendant's reply papers, if any, are due on or before May 13, 2016.

Dated: New York, New York
April 1, 2016

        **ZACHARY W. CARTER**
        Corporation Counsel of the
          City of New York
        Attorney for Defendant
        100 Church Street, Room 1-122
        New York, New York 10007
        (212) 356-2471
        mfleming@law.nyc.gov

By:   /s/ Michael F. Fleming
      Michael F. Fleming
      Assistant Corporation Counsel

To:   Walker Harmon, Jr., Esq. (via ECF)
      **The Harman Firm PC**
      Attorneys for Plaintiff
      220 Fifth Avenue, Suite 900
      New York, NY 10019
      (212) 425-2600