**EXHIBIT K**



MICHAEL R. BLOOMBERG
Mayor

EDNA WELLS HANDY
Commissioner

THE CITY OF NEW YORK
DEPARTMENT OF CITYWIDE
ADMINISTRATIVE SERVICES
APPLICATION UNIT
1 CENTRE STREET, 14TH FLOOR
NEW YORK, NY 10007

# NOTICE OF EXAMINATION

| REQUIRED INFORMATION |
|---|
| APPLICATION |

## POLICE OFFICER
### Exam Nos. 4306, 4310, 4312, 4313, 4316, 4320, 4323, 4324, 4328, 4329 and 4332

**YOU ARE RESPONSIBLE FOR READING THIS NOTICE IN ITS ENTIRETY BEFORE YOU SUBMIT YOUR APPLICATION.**

**WHEN TO APPLY:** On the day of the test

**APPLICATION FEE: $40.00**
Payable only at a Computerized Testing Center on the day of the test by credit card, bank card, debit card, or money order payable to DCAS (EXAMS).

**THE TEST SCHEDULE:** Testing for the title of Police Officer is expected to be held throughout the year depending on the hiring needs of the agency. Below is the schedule of testing from August 2013 - June 2014:

| Exam No. | Filing and Testing Period |
|---|---|
| 4306 | August 1, 2013 - August 31, 2013 |
| 4310 | September 3, 2013 - September 30, 2013 |
| 4312 | October 1, 2013 - October 31, 2013 |
| 4313 | November 1, 2013 - November 30, 2013 |
| 4316 | December 2, 2013 - December 31, 2013 |
| 4320 | January 2, 2014 - January 31, 2014 |
| 4323 | February 1, 2014 - February 28, 2014 |
| 4324 | March 1, 2014 - March 31, 2014 |
| 4328 | April 1, 2014 - April 30, 2014 |
| 4329 | May 1, 2014 - May 31, 2014 |
| 4332 | June 2, 2014 - June 30, 2014 |

**Monthly Schedule:** A monthly schedule of the days and times of filing will be available beginning on the 1st day of each month at www.nyc.gov/dcas and at the DCAS Computerized Testing Centers.

**DCAS COMPUTERIZED TESTING CENTERS:** This exam will be administered at the DCAS Computerized Testing Centers:

**Manhattan**
2 Lafayette Street
17th Floor
New York, NY 10007

**Brooklyn**
210 Joralemon Street
4th Floor
Brooklyn, NY 11201

Seating is limited. Once the Computerized Testing Centers are filled to capacity, no more candidates will be admitted. You are encouraged to take the test earlier in the month since there is generally more seating available at that time.

You may take the Police Officer test once at either location, but you may only take each exam number once. If you take a test with the same exam number more than once, only your first test will be rated and your additional filing fee will not be refunded.

**Note:** You are not permitted to enter the test site with calculators, cellular phones, beepers, pagers, cameras, portable media players, or other electronic devices. Electronic devices with an alphabetic keyboard or with word processing or data recording capabilities such as planners, organizers, etc. are prohibited. If you are found to be in possession of any of these devices, you may not receive your test results, your test score may be nullified, and your application fee will not be refunded.

You may not have any other person, including children, present with you while you are being processed for or taking the test, and no one else may wait for you inside of a Computerized Testing Center while you are taking the test.

You must leave the test site once you finish the test. If you leave the test site after being fingerprinted but before finishing the test, you will not be permitted to re-enter. If you disregard this instruction and re-enter the test site, you may not receive your test results, your test score may be nullified, and your application fee will not be refunded.

**Test dates and times are subject to change.**

**WHAT THE JOB INVOLVES:** Police Officers perform general police duties and related work in the New York City Police Department. They patrol an assigned area on foot or in a vehicle; apprehend crime suspects; intervene in various situations involving crimes in progress, aided cases, complaints, emotionally disturbed persons, etc.; respond to and investigate vehicular accidents; investigate specific offenses; interact with prisoners; operate and maintain patrol vehicles; issue summonses; obtain information regarding incidents by interviewing witnesses, victims, and/or complainants; safeguard and voucher found, seized or recovered property; provide information to the public; handle situations involving maltreated, abused, or missing children; interact with juveniles; prepare forms and reports; testify in court; and perform related work.

You will be required to work Saturdays, Sundays, holidays, nights and to work rotating tours, change tours or work overtime when ordered, as permitted by the Collective Bargaining Agreement.

Some of the physical activities performed by Police Officers and environmental conditions experienced are: working outdoors in all kinds of weather; walking and/or standing in an assigned area during a tour; driving or sitting in a patrol car during a tour while remaining alert; running after a fleeing suspect; climbing up stairs; carrying an injured adult with assistance; gripping persons to prevent escape; restraining a suspect by use of handcuffs; detecting odors such as those caused by smoke or gas leaks; engaging in hand to hand struggles to subdue a suspect resisting arrest; being physically active for prolonged periods of time; understanding verbal communication over the radio with background noise; reading and writing under low light conditions; carrying or wearing heavy equipment; and wearing a bullet-resistant vest.

(This is a brief description of what you might do in this position and does not include all the duties of this position.)

**THE SALARY:** The current minimum salary is $41,975 per annum. Incumbents will receive salary increments reaching $76,488 per annum at the completion of five and one half years employment. This rate is subject to change. In addition, there is an annual uniform allowance, holiday pay, and contributions by the City to Welfare and Annuity Funds and City-paid health insurance.

**HOW TO APPLY:** You will receive an exam application and filing instructions when you arrive at a DCAS Computerized Testing Center.

The administration of the test is subject to change in the event of an unforeseen occurrence. If you wish to verify the test date and time, you may call the DCAS Interactive Voice Response (IVR) system at (212) 669-1357 two hours before the test session you wish to attend to hear if the test is not being administered at that time. The recorded message will be heard after the "Welcome" greeting. If there is no message regarding testing at the Centers, it means that testing will be administered as scheduled for that day.

**Special Circumstances Guide:** This guide is included in the application package available at the DCAS Computerized Testing Centers and located on the DCAS website at www.nyc.gov/html/dcas/downloads/pdf/misc/exam_special_circumstances.pdf. This guide gives important information about requesting an alternate test date because of religious observance or a special test accommodation for disability, claiming Veterans' or Legacy credit, and notifying DCAS of a change in your mailing address. Follow all instructions on the Special Circumstances Guide that pertain to you when you complete your Application for Examination.

**HOW TO QUALIFY: Education and Experience Requirements:** By the **date of appointment,** you must have:

1. successfully completed 60 college semester credits at an accredited college or university with at least a 2.0 cumulative index or its equivalent, or

2. a four-year high school diploma or its educational equivalent **and** have completed two years of honorable full-time U.S. military service.

High School education must be approved by a State's Department of Education or a recognized accrediting organization. College education must be from an accredited college or university, accredited by regional, national, professional, or specialized agencies recognized as accrediting bodies by the U.S. Secretary of Education, and by the Council for Higher Education Accreditation (CHEA).

If you were educated outside the United States, you must have your foreign education evaluated at your own expense to determine its equivalence to education obtained in the United States. You will receive instructions from the Police Department during the pre-employment screening process regarding the approved evaluation services that you may use for foreign education.

**Age Requirements:** You must be at least 17½ years of age by the date you take the examination to be permitted to take this examination. You must have attained age 21 to be appointed as a Police Officer. If you are too young for appointment on the date the eligible list is terminated, you will have no further opportunity for appointment from the list. Only persons who are less than 35 years of age on the date of the application for this examination may be appointed as a Police Officer. Thus, if you take the test at a DCAS Computerized Testing Center, you must not have reached your 35th birthday by the date you take the examination to be appointed as a Police Officer.

**Exception to Age Requirements:** If you were engaged in military duty as defined in Section 243 of the New York Military Law, you may deduct from your actual age the length of time spent in such military duty, provided the total deduction for military duty does not exceed six years.

**Citizenship Requirement:** United States citizenship is required at the time of appointment as a Police Officer.

**Character and Background:** Proof of good character and satisfactory background will be absolute prerequisites to appointment. The following are among the factors which would ordinarily be cause for

disqualification: (a) conviction of an offense, the nature of which indicates lack of good moral character or disposition towards violence or disorder; (b) repeated convictions of an offense, where such convictions indicate a disrespect for the law; (c) discharge from employment, where such discharge indicates poor behavior or an inability to adjust to discipline; (d) dishonorable discharge from the Armed Forces; and (e) conviction of petit larceny. In accordance with provisions of law, persons convicted of a felony or domestic violence misdemeanor are not eligible for appointment to the title of Police Officer.

**Medical and Psychological Assessment:** Medical and psychological guidelines have been established for the position of Police Officer. You will be examined to determine whether you can perform the essential functions of a Police Officer. Additionally, you will be expected to continue to perform the essential functions of a Police Officer throughout your career, and may, therefore, be medically and psychologically tested periodically throughout your career. Where appropriate, a reasonable accommodation will be provided for a person with a disability to enable him or her to take these medical and psychological examinations, and/or to perform the essential functions of the job.

**Physical Testing:** Physical standards have been established for the position of Police Officer. You will be required to pass a qualifying physical test, and may be required to undergo periodic physical testing throughout your career.

**Drug Testing:** You must pass a drug screening prior to appointment as part of a pre-employment process, and you will be subject to drug testing during Police Academy Training and as part of the medical examination at the end of probation. You may again be drug tested on a random basis after your probationary period is completed or as a prerequisite for assignment or promotion. Any member of the NYC Police Department found in possession of or using illegal drugs, or who fails, refuses, or attempts to evade a drug test, will be terminated. The NYC Police Department has a strict zero tolerance policy concerning illegal drug use. Individuals who are considering applying for positions in the NYC Police Department are expected to conform their behavior to this policy well before they begin the application process.

**License Requirement:** On the date of appointment as a Police Officer, you must possess a valid unrestricted New York State Motor Vehicle Driver License. You must maintain this license for the duration of your employment.

**Residency Requirement:** The New York State Public Officers Law requires that any person employed as a Police Officer in the New York City Police Department must be a resident of the City of New York or of Nassau, Westchester, Suffolk, Orange, Rockland or Putnam counties.

**English Requirement:** You must be able to understand and be understood in English.

**Proof of Identity:** Under the Immigration Reform and Control Act of 1986, you must be able to prove your identity and your right to obtain employment in the United States prior to employment with the City of New York

- **THE TEST:** You will be given a multiple-choice test at a computer terminal. Your score on this test will be used to determine your place on an eligible list. You must achieve a score of at least 70% to pass the test. The multiple-choice test may include questions which may require the use of any the following abilities:

  **Written Comprehension:** understanding written sentences and paragraphs.

  **Written Expression:** using English words or sentences in writing so that others will understand.

  **Memorization:** remembering information, such as words, numbers, pictures and procedures. Pieces of information can be remembered by themselves or with other pieces of information.

  **Problem Sensitivity:** being able to tell when something is wrong or is likely to go wrong. It includes being able to identify the whole problem as well as elements of the problem.

  **Deductive Reasoning:** applying general rules to specific problems and coming up with logical answers. It involves deciding if an answer makes sense.

  **Inductive Reasoning:** combining separate pieces of information, or specific answers to problems, to form general rules or conclusions. It involves the ability to think of possible reasons for why things go together.

  **Information Ordering:** following correctly a rule or set of rules or actions in a certain order. The rule or set of rules used must be given. The things or actions to be put in order can include numbers, letters, words, pictures, procedures, sentences, and mathematical or logical operations.

  **Spatial Orientation:** determining where you are in relation to the location of some object or where the object is in relation to you.

  **Visualization:** imagining how something would look when it is moved around or when its parts are moved or rearranged. It requires the forming of mental images of how patterns or objects would look after certain changes, such as unfolding or rotation. One has to predict how an object, set of objects, or pattern will appear after the changes have been carried out.

- **NEW YORK CITY RESIDENCY CREDIT:** Five points will be added to the multiple-choice test score of those candidates who qualify for the New York City Residency Credit. To be eligible for the residency credit, you must have achieved a passing score on the multiple-choice test and must maintain a continuous period of residency in New York City from the date of the multiple-choice test through the date the eligible list is established. You must apply by following the instructions on the date of the multiple-choice test; merely supplying a New York City address on the Application Form for this examination does not serve as a request for residency credit. Requests for residency credit cannot be accepted after the eligible list is established.

Eligibility for the residency credit will be investigated. As in the case of any intentional misrepresentation of a material fact on an employment application, candidates who claim residency credit and who are determined to have intentionally misrepresented facts concerning City residency shall be disqualified and their names shall be removed from the eligible list, and they may be subject to criminal sanctions.

**SELECTIVE CERTIFICATION FOR FOREIGN LANGUAGE:** If you can speak a foreign language, you may be considered for appointment to positions requiring this ability through a process called Selective Certification. If you pass a qualifying test, you may be given preferred consideration for positions requiring this ability. Follow the instructions given to you on the day of the multiple-choice test to indicate your interest in such Selective Certification. This requirement may be met at any time during the duration of the list. If you meet the Selective Certification requirement at some future date, please submit documentation by mail to: DCAS Bureau of Examinations - USEG, 1 Centre Street, 14th Floor, New York, NY 10007. Please include the examination title and number and your social security number on your correspondence.

**THE TEST RESULTS:** If you pass the multiple-choice test, your name will be placed in final score order on an eligible list and you will be given a list number. You will be notified by mail of your test results. If you meet all requirements and conditions, you will be considered for appointment when your name is reached on the eligible list.

**ADDITIONAL INFORMATION:**

**Promotion Opportunities:** Police Officers are accorded the opportunity to be promoted to the title of Sergeant after passing a civil service examination, and are also accorded an opportunity to be designated Detective.

Currently, educational requirements for promotion to successive ranks are: (1) Sergeant - satisfactory completion of two years (64 credits) of course work or an associate degree at an accredited college or university; (2) Lieutenant - satisfactory completion of three years (96 credits) of course work at an accredited college or university; (3) Captain - attainment of a baccalaureate degree from an accredited college or university. College credits which are earned as a result of satisfactorily completing the Police Academy curriculum can be used towards meeting the educational requirements. Education requirements for promotion are subject to change.

**Investigation:** You will be investigated prior to appointment and must pay a $75 fee for fingerprint screening. At the time of investigation and at the time of appointment, you must present originals or certified copies of all required documents and proof, including but not limited to proof of date and place of birth by transcript of record from the Bureau of Vital Statistics or other satisfactory evidence, naturalization papers if necessary, proof of any military service, and proof of meeting educational requirements. Any willful misstatement will be cause for disqualification, and failure to present any documents required for investigation will be cause for discontinuance of the investigation process.

**Firearms Qualification:** You must qualify and remain qualified for firearms usage and possession as a condition of employment for the duration of your career. The ability to qualify, and remain qualified, in the use of firearms, is essential for Police Service positions. Firearms qualification tests will be administered semi-annually. Failure to qualify and remain qualified for firearms usage and possession may result in termination.

**Probationary Period:** The probationary period for this title is 24 months. Among other requirements, you will be required to pass the Police Academy firearms, academic, physical performance, and driving tests, and meet disciplinary and performance standards throughout the probationary period. The probationary period may be extended pursuant to New York Civil Service Law and the Personnel Rules and Regulations of the City of New York.

**Promotion Test:** Promotion examinations for this title are regularly held for eligible New York City Police Department employees. The names appearing on any existing promotion list will be considered first in filling vacancies. However, it is expected that there will be sufficient positions available for use of the eligible list resulting from this examination.

**Police Academy Physical Assessment:** Candidates who enter the Police Academy will be required to complete a physical test prior to graduating the academy. The physical test may include tests such as completing a 1½ mile run in a specified period of time.

**SPECIAL TEST ACCOMMODATIONS:** If you plan to request special testing accommodations due to disability, you must notify the Exam Support Group by email at testingaccommodations@dcas.nyc.gov or by fax at (212) 313-3241. Refer to the **Special Circumstances Guide** www.nyc.gov/html/dcas/downloads/pdf/misc/exam_special_circumstances.pdf for information on what to include in your request. Your request must be received at least fifteen business days before the date of your test.

**PENALTY FOR MISREPRESENTATION:** Any intentional misrepresentation on the application or examination may result in disqualification, even after appointment, and may result in criminal prosecution.

The General Examination Regulations of the Department of Citywide Administrative Services apply to this examination and are part of this Notice of Examination. They are posted and copies are available at nyc.gov/dcas and at the DCAS Computerized Testing Centers.

The City of New York is an Equal Opportunity Employer.
Title Code No. 70210; Police Service.

For information about other exams, and your exam or list status, call 212-669-1357.
Internet: nyc.gov/dcas

D000364