**EXHIBIT M**



## Hiring Requirements

✓ 18 years old

✓ A NYC resident

✓ A full-time college student with at least 45 credits and a 2.0 GPA to apply

✓ Free of any felony convictions

✓ All residents must have US Citizenship within two (2) years of hire and/or graduation of college—whichever comes first

## Exam Requirements

✓ Drug screening

✓ Medical examination

✓ Physical agility test

✓ Psychological examination

✓ Background and character investigation

D000367

## Benefits

✓ Competitive hourly wage

✓ Flexible work hours

✓ Accumulation of paid sick leave

✓ Tuition assistance up to $20,000

✓ Over 300 specialized units to choose from



D000368

 

# NYPDCadets.com
# 212-NYCADET



D000369

 

# ORIENTATION PROGRAM

**Inspector
Michael S. McGrath**
*Commanding Officer
Police Cadet Corps*

# BASIC REQUIREMENTS

1. Must be a **Resident of New York City**.

2. A full-time, matriculated college student with a minimum of **fifteen (15) total credits** earned.

3. Enrolled in a **four (4) year degree program** at an accredited college within New York City, Nassau or Westchester counties.

4. Maintain and earn a minimum of (12) **twelve credits each semester** with a **2.0 GPA** or higher per semester and cumulatively.

5. US Citizen or permanent resident; must have **US Citizenship within two (2) years** of hire and/or graduation of college – whichever comes first.

*The following factors are some of those which would be cause for disqualification:*

- Any conviction of an offense which is punishable by one or more years imprisonment (felony).

- Any repeated convictions of an offense which indicate a disrespect for the law, a lack of good moral character or disposition towards violence and disorder.

- Discharge from employment, where such discharge indicates poor behavior and/or an inability adjusting to discipline.

- A Dishonorable discharge from the armed forces.

- Persons convicted of a petit larceny.

- Persons convicted of any domestic violence offense.

- Candidates must pass all medical, physical, written psychological and oral psychological examinations.

2

## OBLIGATIONS

1. Must be enrolled in a four (4) year degree program at an accredited college.

2. Maintain and earn a minimum of (12) twelve credits each semester with a 2.0 GPA or higher per semester and cumulatively.

3. Must take and pass the first **(1st) Promotional Police Officer's exam** at earliest opportunity.

4. **Attend monthly training** every second (2nd) Saturday of each month at the Police Academy.

5. Must work full time during the summer months.

6. All residents must have US Citizenship within two (2) years of hire and/or graduation of college – whichever comes first.

## BENEFITS

1. Receive up to $20,000 in tuition assistance; $2,500 to $5,000 per semester up to four (4) semesters. Considered paid in full after completing two (2) years of service as a Police Officer.

2. Earn a competitive hourly wage of $14.16

3. Full time summer employment.

4. Flexible work schedule during the school year.

5. Police Officer's entrance exam will be considered a promotional exam.

6. New York City Police Department administrative experience.

3

## TYPICAL TASKS

Typical tasks for a Police Cadet include various administrative duties within the different precincts and specialized units throughout the New York City Police Department.

Police Cadets assist and observe in the following:

- a. Community Policing Unit
- b. Detective Squad
- c. Community meetings
- d. Senior citizen escort
- e. Block watchers program
- f. School/Youth Activities.
- g. Details – examples: parades, street fairs, etc.
- h. Recruitment
- i. Community Affairs
- j. Highway Safety Unit
- k. Domestic Violence Unit
- l. Telephone Switchboard
- m. Crime Prevention Unit
- n. 124 Room
- o. Crime Analysis Unit

## APPLICANT PROCESSING

Every applicant will be assigned an Applicant Processing Investigator. The following will be conducted prior to getting hired:

1. Orientation, character pre-screening.
2. Character investigation.
   *http://www.nyc.gov/html/nypd/html/careers/application_forms.shtml#*
3. Medical exam.
4. Psychological exam (written and interview).
5. Physical agility test

4

D000373

# JOB STANDARDIZED TEST

To be completed in **4 minutes and 28 seconds**

For a video demonstration of the JST, go to the following:
http://www.nypdrecruit.com/NYPD_JobStandardTest.aspx#

1. **Barrier Surmount**: From a kneeling weapon ready position, the candidate will sprint fifty (50) feet to surmount a six (6) foot barrier.

2. **Stair Climb**: The candidate proceeds from the Barrier Surmount to a six (6) stair climb system and complete three (3) over and back traverses.

3. **Physical Restraint Simulation**: The candidate proceeds from the stair climb to a controlled force tactics and training device which measures the ability to resist or control force in a physical restraint situation.

4. **Pursuit Run**: The candidate proceeds from the physical restraint simulation to run/jog around a pattern or cones for approximately six (600) feet.

5. **Victim Rescue**: The candidate proceeds from the pursuit run to a simulated victim rescue involving a thirty five (35) foot drag of a one hundred seventy six (176) pound mannequin.

6. **Trigger Pull**: The candidate proceeds from the victim rescue to a trigger pull station, picks up an inoperative firearm, holds the firearm within a nine (9) inch diameter metal ring and pulls the trigger sixteen (16) times with the dominant hand and fifteen (15) times with the non-dominant hand. Once inserted, the firearm must remain in the metal ring for the completion of the trigger pull cycles. Timing is stopped upon completion of the final trigger pull.



5



# POLICE CADET CORPS

Exam/List# _____

Last Name _____ First _____ M.I. ___

Address _____ Apt# ___

City _____ State _____ Zip Code _____

Do you reside in a NYC Housing Development?  ☐ YES  ☐ NO
If YES, Name of Development _____ Resident Precinct# ___

Primary Phone# _____ D.O.B _____

Second Phone# _____ AGE _____

E-Mail _____ SEX: ☐ Male ☐ Female

Ethnicity: ☐ Asian ☐ Black ☐ Hispanic ☐ White ☐ Other

SSN: _____

Investigator's Name _____ Slot# _____

D000375

COLLEGE NAME _____   ☐ 2 years  ☐ 4 years

**COLLEGE CREDITS**

Completed _____

Attempting Now _____

GPA _____

Are you a U.S. Citizen?

☐ Yes  ☐ No

Are you a permanent resident?

☐ Yes  ☐ No

If Yes, date entered United States _____

Have you ever served in the U.S Armed Forces?  ☐ Yes  ☐ NO

If YES, did you receive an Honorable Discharge?  ☐ Yes  ☐ NO

I understand that, if hired, I must be registered as a full-time, matriculated student in an accredited college. In addition, I Understand that this position requires me to be available for full-time employment during the months of July and August.

Signature _____  Date _____

D000376

 **CIVILIAN SCREENING SHEET**  
PD 407-042 (Rev. 03-11)

APD-75A

Exam No. _____ List No. _____ S.S. No. _____ D.O.B. _____ Age _____

Title _____ Control No. _____

Candidate's Name _____ Date Screened _____

Current Address _____

DO NOT FILL OUT THIS FORM UNTIL TOLD TO DO SO.
ANSWER THE QUESTIONS ACCURATELY AND COMPLETELY.

## PEDIGREE INFORMATION

| | | |
|---|---|---|
| N.Y.S. Driver License ☐ Yes ☐ No ☐ N/A | H.S. Diploma ☐ Yes ☐ No | GED ☐ Yes ☐ No |
| College ☐ Yes ☐ No | Total No. of Credits Earned: _____ | GPA _____ |
| Military Service ☐ Yes ☐ No | Honorable Discharge ☐ Yes ☐ No | Months Active Duty _____ |
| U.S. Citizen ☐ Yes ☐ No | Naturalized Citizen ☐ Yes ☐ No | |
| Permanent Resident Alien ☐ Yes ☐ No | Alien Authorized to Work ☐ Yes ☐ No | |

Country of Birth _____ Date Entered U.S. _____

## EMPLOYMENT HISTORY

How Many Employers Have You Had Since Leaving High School? _____

Current Employer _____ Years There _____ Position _____

Were You Ever Asked to Resign, Discharged, Fired, etc. From Any Job?    ☐ Yes ☐ No

If Yes, Indicate:

Name of Employer _____

Supervisor _____ Telephone No. _____

Position and Year _____

Total Number of Employment Terminations _____

Were You Ever Unemployed? ☐ Yes ☐ No    If Yes, How Many Months _____

Did You Collect Unemployment Benefits?    ☐ Yes ☐ No    College Student at that Time? ☐ Yes ☐ No

---

Have You EVER Been Named or Involved in any Legal Actions, Either Criminal or Civil?    ☐ Yes ☐ No

If Yes, Details *(Dates/Explanation)* _____

_____

Have You EVER Taken any Other Civil Service Exams?    ☐ Yes ☐ No

If Yes, Details _____

Were You Previously Investigated?    ☐ Yes ☐ No    Appointed?    ☐ Yes ☐ No

Which Agency _____

Have You Ever Been Employed by the Federal, State, City or Local Government?    ☐ Yes ☐ No

If Yes, List Agency/Position _____

**PAGE 1**

D000377

## OTHER INFORMATION

Were You EVER Divorced, Separated, etc.? ☐ Yes ☐ No
If Yes, Details _____

Did You EVER Receive Public Assistance? ☐ Yes ☐ No
If Yes, Details *(Date/Reason)* _____

Did You EVER Receive Social Security? ☐ Yes ☐ No
If Yes, Details *(Date/Reason)* _____

Were You EVER Involved in a Vehicle Accident as a Driver, Passenger or Pedestrian? ☐ Yes ☐ No
If Yes, Details, _____

## CONVICTION RECORD

Have You Ever Been Convicted of an Offense Anywhere? ☐ Yes ☐ No    Total Number of Convictions _____
Are Any Criminal Charges Pending Against You? ☐ Yes ☐ No

**List All Convictions And/Or Pending Charges Below**

| Arrest Date (MM/DD/YY) starting with most recent | Original Charge(s) | Final Charge(s) | City and State of Occurrence | Official Disposition Received Yes / No |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

How Many Criminal Court Summonses Have You Been Convicted of? _____    Failed To Answer? _____

| Summons Date (MM/DD/YY) starting with most recent | Summons Type (Criminal Court, TAB, ECB, Campus PD, Other) | Original Charge(s) | Final Charge(s) | City and State of Occurrence | Official Disposition Received Yes / No |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

PAGE 2

## LICENSE HISTORY

Driver License Identification Number _____ State of Issuance _____

Number of Moving Violations Received _____ License Ever Suspended or Revoked?  ☐ Yes ☐ No

Total Suspensions _____ Total Revocations _____

| Date (MM/DD/YY) | Violation | Final Disposition |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Any Out of State or Military License EVER Issued?  ☐ Yes ☐ No  If Yes, What State _____

Details (Reason) _____

Any Outstanding Parking Summonses with NYC Dept. of Finance?  ☐ Yes ☐ No  Amount Owed $ _____

Details: _____

Total Received _____ During Years _____ Total Unanswered _____

## MILITARY HISTORY

Have You Been In The Active or Reserve Military  ☐ Yes ☐ No  If Yes, Length of Active Duty Service _____

Did You Ever Receive a Court Martial, Article 15, Captains Mast, Non Judicial Punishment, or Administrative Remarks?
☐ Yes ☐ No  If Yes, Details: _____

Was an Honorable Discharge Received?  ☐ Yes ☐ No

Did You Register For the Selective Service?  ☐ Yes ☐ No ☐ N/A  If No, Explain _____

## DEBTS - FINANCIAL STATUS

Have You Ever Filed for Bankruptcy?  ☐ Yes ☐ No

Have You Ever Had Your Salary Garnished?  ☐ Yes ☐ No

Do You Have Any Outstanding Loans? (e.g. Student Loan, Car Loan, Mortgage, etc.)  ☐ Yes ☐ No

If Yes to Any of the Above, Details _____

D000379

**CONTROLLED SUBSTANCE USE**

Have You Ever Used Marijuana or ANY Other Controlled Substance, Including But Not Limited to, Steroids (Not Prescribed to You by a Doctor)?  ☐ Yes  ☐ No

If Yes, Dates Of Usage _____

Types of Substance _____ Age at the Time _____

Amounts Used _____

**ALCOHOL USE**

Have You Ever Abused Alcohol?  ☐ Yes  ☐ No

Have You Ever Been Convicted of an Alcohol Related Offense?  ☐ Yes  ☐ No

If Yes, Explain _____

_____

**MISCELLANEOUS**

Do You Have Any Tattoos, Brands, Body Piercing(s), or Other Body Art?  ☐ Yes  ☐ No

If Yes, Include the Location, Complete Description and Symbolized Meaning _____

_____

Are You Proficient In a Foreign Language?  ☐ Yes  ☐ No  If Yes, Indicate Language _____

Do You Have a MySpace, Facebook or Similar Social Networking Website  ☐ Yes  ☐ No

If Yes, Indicate Address(es) _____

_____

Additional Information Pertinent to Determining Your Qualification for the Position: _____

_____

_____

Your Name, Printed _____ Home Phone No. _____

Your Name, Signed _____ Cell Phone No. _____

***I Certify by my Signature That the Aforementioned Information is True and Accurate. I Fully Understand That any Material Misrepresentation of Fact May be Cause for Disqualification***

**DO NOT WRITE BELOW THIS LINE**

Investigator _____ Sqd. No. _____ Investigator's Phone No. _____

Reviewing Supervisor _____  _____
                         (Signature)                           (Name Printed)

Comments _____

_____

Preliminary Recommendation:  ☐ APPROVAL    ☐ REVIEW

**NOTE:** Any Recommendation of **REVIEW** Requires a Comment.

PAGE 4

 

# POLICE CADET CORPS
# RECRUITMENT SECTION SURVEY

Date: _____                     Exam #: __2216__  List #: _____

Social Security #: _____ - _____ - _____

Last Name: _____ First: _____ M.I.: _____

Address: _____ Apt#: _____

City: _____ State: _____ Zip Code: _____

Do you reside in a NYC Housing Development?   ☐ YES   ☐ NO

If YES, Name of Development _____ Resident Precinct _____

Primary Phone #: _____ Secondary Phone#: _____

E-mail: _____

D.O.B: ___/___/19___    SEX: ☐ Male  ☐ Female    Ethnicity: _____
     MONTH DAY  YEAR

College Name: _____

Major: _____

Cumulative Credits: _____ GPA: _____ Expected Date of Graduation: ___/___
                                                                    MONTH YEAR

Are you a U.S. Citizen?   ☐ Yes   ☐ No

If No, Permanent Resident # / Alien #: _____ Date of Entry: ___/___/___
                                                                   MONTH DAY YEAR

NYS Driver's License? ☐ Yes ☐ No  Class: _____ ID#: _____

Were you a former:    ☐ Auxiliary Police Officer    ☐ NYPD Explorer

How did you hear about the Police Cadet Corps? (Check all that apply)

- ☐ Police Cadet (Hand in Cadet Referral Sheet)
- ☐ Recruitment: ☐ On Campus ☐ Other Location: _____
- ☐ Member of Service _____
- ☐ Family
- ☐ Friends
- ☐ NYPD Website
- ☐ School Event
- ☐ Job / Career Fair
- ☐ Other Website: _____

Rev. 01/01/2014

D000381

 

# *NYPD POLICE CADET CORPS*
130-30 28th Avenue
College Point, NY 11354

Tel: (718) 670-9722     Fax: (718) 888-2956

# CANDIDATES

## IT IS VERY IMPORTANT TO **NOTIFY** THE POLICE CADET CORPS OFFICE AND YOUR INVESTIGATOR FROM APD OF **ANY CHANGE** TO YOUR:

- **MAILING ADDRESS**
- **E-MAIL ADDRESS**
- **TELEPHONE NUMBERS**
- **COLLEGE STATUS**

 

# POLICE CADET CORPS

## PLEASE READ CAREFULLY

CANDIDATES PLEASE BE ADVISED THAT YOU WILL HAVE TO PRESENT THE FOLLOWING <u>ORIGINAL DOCUMENTS</u> TO THE FOLLOWING NYPD UNITS IN THE FOLLOWING ORDER:

1. APPLICATION PROCESSING DIVISION – ASSIGNED INVESTIGATOR
2. POLICE CADET CORPS OFFICE
3. EMPLOYEE MANAGEMENT DIVISION

THE EMPLOYEE MANAGEMENT DIVISION WILL NOT KEEP YOUR ORIGINAL DOCUMENTS BUT MUST VIEW THEM PERSONALLY. PLEASE MAKE SURE THAT YOU GET THESE DOUMENTS TOGETHER AS SOON AS POSSIBLE. THEY ARE ALL NECESSARY IN ORDER TO BE HIRED. NO EXCEPTIONS.

1. Birth Certificate **OR** Certificate of Naturalization **OR** US Passport
   (If Birth Certificate is not in English, it must be translated into English and presented with original documents)

   If your Birth Certificate is from another country, it must be translated by one of the following:
   Globe Language Services, Inc.   or   World Educational Services
   (212) 277-1994                        (212)966-6311

   Birth Certificate is **NOT NECESSARY** if you have a Certificate of Naturalization or US Passport.

2. Permanent Resident Card <u>NOT</u> needed if you are a US Citizen
3. Social Security Card
4. High School Diploma or GED
   (If the High School Diploma is from another country, it has to be <u>EVALUATED</u> at Globe Institute and brought along with original High School Diploma)

5. NYS Driver's License, NYS Driver's Permit, or NYS ID with current address if they have none of these identifications, then follow #6)
6. Utility bill with candidate name for proof of residency **OR** a Notarized Letter from who the candidate lives with and a utility bill in that person's name. (<u>THIS IS NOT NECESSARY IF YOU HAVE #5</u>)
7. College Identification Card
8. College Transcript (Official Copy or Student Copy on school stationary with school stamp. <u>NO INTERNET COPY</u>) You must be enrolled in a Bachelor's degree program. The transcript must state BA or BS. If your transcript does not state this, you must get a letter from the Bursar's Office stating that you are in a Bachelor's degree program.

9. Bursar's receipt for the current semester.

Rev: 9/2014