**EXHIBIT N**

NC - X,  PART  I  CODE NO. 70206
POLICE DEPARTMENT  [056]

## POLICE CADET

### Duties and Responsibilities

This class of positions encompasses two programs under which Cadets receive training and perform non-enforcement tasks;  all personnel perform related work.

Cadets may be required to work various tours of duty as needed.

### PROGRAM I

Under direct supervision, receives training and performs non-enforcement tasks in specifically designated areas of operations such as campus security, community safety programs and in community based police units.

### Examples of Typical Tasks

Assists CUNY security personnel in the performance of crime prevention duties on assigned college campus;  ensures that students are aware of safety measures on and off campus.

Assists in promoting community awareness programs at area hospitals, social service and mental health facilities, by contributing to client services;  distributes approved crime prevention and safety information and materials to clients as well as residents of these facilities.

R 03.18.1992                PAGE 1 OF 6

NC - X, PART I  CODE NO. 70206
POLICE DEPARTMENT [056]

<u>POLICE CADET</u>  (continued)

<u>PROGRAM I</u>  (continued)

<u>Examples of Typical Tasks</u>  (continued)

Assists Police Department members in the implementation of the community policing concept and participates in programs designed to foster goodwill between the Police Department and members of the community; under direction performs functions which will improve the quality of life in these communities.

Accompanies Police Officers at major events such as parades, festivals, concerts, block parties; provides information and direction and interacts with people attending these events.

Visits local high schools to motivate and provide some guidance to students who hope to pursue a law enforcement career.

Prepares reports on field experience and difficulties encountered during assigned duties to be evaluated by a superior.

Performs routine administrative tasks.

<u>PROGRAM II</u>

Under supervision receives training and performs non-enforcement tasks in selected field commands.

NC - X, PART I  CODE NO. 70206
POLICE DEPARTMENT [056]

## POLICE CADET (continued)

### PROGRAM II (continued)

### Examples of Typical Tasks

Assists Police Department members in the implementation of the community policing concept and participates in programs designed to foster goodwill between the Police Department and members of the community; under direction performs functions which will improve the quality of life in these communities.

Assists in organizing tenant/block associations.

Serves as liaison and assists the community in obtaining services, such as health and sanitation, provided by other City agencies.

Provides materials and information concerning crime prevention to community groups.

Lectures community groups on crime prevention techniques; distributes department approved crime prevention material.

Conducts precinct surveys to identify and report dangerous conditions such as defective street lights; defective traffic lights; missing/defective/obscured traffic control signs; missing/defective parking meters; water leaks; unsafe abandoned buildings; dead animals in the roadway; clogged sewers/storm basins; potholes; derelict autos; discarded refrigerators/freezers with functioning locking mechanism, etc.

Assists the precinct Crime Prevention Officer in the performance of routine administrative functions.

NC - X, PART I                                                         CODE NO. 70206
POLICE DEPARTMENT [056]

POLICE CADET  (continued)

PROGRAM II  (continued)

Examples of Typical Tasks  (continued)

Performs precinct escort assignments such as escorting groups of senior citizens to/from shopping areas and escorting senior citizen complainants/witnesses to/from court.

Assists in the performance of routine precinct community relations and auxiliary police coordinating functions.

Performs pedestrian safety assignments at church crossings and school crossings during the summer months for those schools providing free meal programs; distributes pedestrian safety brochures in areas with a high volume of pedestrian/auto traffic.

Assists in lost children searches in parks, beach areas, parades, and at large public gatherings, e.g., street fairs.

Provides general information and traveler assistance at major mass transit terminals/stations, e.g., Grand Central, Times Square, S.I. Ferry Terminal and outdoor information booths in heavy pedestrian areas.

Performs routine administrative tasks.

Qualification Requirements

Candidates must meet all medical, physical, psychological, and character requirements that a Police Officer must meet.

R 03.18.1992                          PAGE 4 OF 6

NC - X,  PART  I                                                                                          CODE NO.  70206
POLICE  DEPARTMENT  [056]

## POLICE CADET (continued)

### Qualification Requirements (continued)

In addition, candidates must meet certain requirements specified in New York State Public Officers Law:

Candidates must be of good character. The following are among the factors which may be cause for disqualification:  **(a)** conviction of an offense, the nature of which indicates lack of good moral character, or disposition toward violence or disorder, or which is punishable by one or more years of imprisonment;  **(b)** two or more convictions of an offense, where such convictions indicate a disrespect for the law;  **(c)** discharge from employment, where such discharge indicates poor behavior or inability to adjust to discipline;  **(d)** dishonorable discharge from the Armed Forces.

All candidates must be residents of the City of New York at the time of appointment. United States citizens or permanent United States residents are eligible to become Police Cadets. However, permanent United States residents must become United States citizens before appointment as Police Officers.

In addition, candidates must meet the following requirements specific to the program they are enrolled in:

### Program  I

Candidates must possess a four-year high school diploma or its educational equivalent and must be enrolled in an accredited two-year degree program to receive an Associate degree from a CUNY college. Cadets must maintain satisfactory class standing to remain in program.

R  03.18.1992                              PAGE  5  OF  6

D000208

NC - X, PART I                                                           CODE NO. 70206
POLICE DEPARTMENT [056]

## POLICE CADET (continued)

### Qualification Requirements (continued)

**Program II**

Completion of 45 credits from an accredited college, with expected completion of degree requirements within two years following entrance into the program. Police Cadets must be currently enrolled in an accredited four-year degree program and must maintain satisfactory class standing to remain in program.

### Lines of Promotion

Cadets enrolled in Program I can take a promotion examination to Police Officer (70210) during their tenure in the program. After satisfactory completion of the program and graduation from college with a two-year degree, Cadets will be eligible for promotion to Police Officer. Cadets who satisfactorily complete Cadet Program I will also be eligible to join Cadet Program II.

Cadets enrolled in Program II can take a promotion examination to Police Officer (70210) during their tenure in the program. After satisfactory completion of the program and graduation from college with a four-year degree, Cadets will be eligible for promotion to Police Officer.

To be appointed as a Police Officer a candidate must be at least 20 years old and must possess a valid New York State Driver's License.

Note that during the length of each program's training period, which is normally two years, Cadets will remain on probation. The maximum tenure in each program is three years.

R 03.18.1992                       PAGE 6 OF 6