# EXHIBIT O

# *POLICE CADET CORPS*

## POLICE CADET
## HANDBOOK



## NEW YORK CITY POLICE DEPARTMENT

## JUNE 2014




D000210

**POLICE DEPARTMENT
CITY OF NEW YORK**

July 14, 2014

From:        Commanding Officer, Police Cadet Corps

To:          All Commands

Subject:     **GENERAL GUIDELINES FOR CADETS ASSIGNED TO
             COMMANDS**

1.      In an effort to inform Commands of a Cadet's functions when assigned to
their command and to utilize their time effectively the following will be noted:

- Cadets are college students that are Interning with the NYPD, duties assigned
  to the Cadet should have a positive impact on his/her abilities and are related
  to their role as future members of this Department.  *No* enforcement duties of
  any kind are authorized.

- Cadets' schedules are submitted by the Cadet.  They are reflective of their
  class schedules and are subject to the needs of the Cadet.  *No* overtime is
  permitted and they cannot be ordered to stay past their scheduled tour.

- It is encouraged that ranking officers take the time out to mentor the Cadet(s)
  assigned to their command. The experiences gained within their assignments
  will contribute to their understanding of the mission of the NYPD. This
  mentoring will enable the Cadet to be a successful part of the NYPD team
  both as a Cadet and a future Police Officer.

2.      For further clarification of their tasks and responsibilities see the enclosed
Cadet handbook.

3.      Submitted for your **INFORMATION and COMPLIANCE.**

Msm;dv

                                                    *For* Michael McGrath
                                                    Deputy Inspector

Attachment:
Cadet Corps Handbook

D000211

# CITY OF NEW YORK POLICE DEPARTMENT

# POLICE CADET CORPS
## POLICE CADET HANDBOOK

**William J. Bratton**
Police Commissioner

**Benjamin B. Tucker**
Deputy Commissioner of Training

**Inspector Juanita N. Holmes**
Commanding Officer, Training Bureau

**Deputy Inspector Michael S. McGrath**
Commanding Officer, Police Cadet Corps

JUNE 2014

D000212

D000213

# MISSION AND VALUES

| DATE ISSUED: | DATE REVISED: | CHAPTER: | PAGE: |
|---|---|---|---|
| 6/1/2003 | 10/1/2010 | 100-1 | 1 of 1 |

## Mission of the New York City Police Department

The mission of the New York City Police Department is to enhance the quality of life in New York City by working in partnership with the community to enforce the law, preserve peace, reduce fear, and maintain order. The Department is committed to accomplishing its mission to protect the lives and property of all citizens of New York City by treating every citizen with courtesy, professionalism, and respect and to enforce the laws impartially, fighting crime both through deterrence and the relentless pursuit of criminals.

## Values of the New York City Police Department

In partnership with the community, we pledge to:
- Protect the lives and property of our fellow citizens and impartially enforce the law.
- Fight crime, both by preventing it and aggressively pursuing violators of the law.
- Maintain a higher standard of integrity than is generally expected of others because so much is expected of us.
- Value human life, respect the dignity of each individual and render our services with courtesy and civility.

## Mission of the Training Bureau

The mission of the Training Bureau is to transform uniformed and civilian members of the Police Department into law enforcement professionals equipped with the necessary academic and tactical knowledge to protect the life, rights, property. And preserve the dignity of all residents of the City of New York.

We believe that a well-trained police professional will have a favorable impact on the diverse communities they serve, will be respected by their peers, and will be emulated by other law enforcement agencies.

We endeavor to facilitate training by utilizing technology, research and development, and meticulous instruction to ensure that members of the Police Department can continue to be lauded as New York's Finest.

D000218

| OBJECTIVES OF POLICE CADET TRAINING | | | |
|---|---|---|---|
| DATE ISSUED: 4/1/2008 | DATE REVISED: 10/1/2010 | CHAPTER: 100-2 | PAGE: 1 of 1 |

    The Police Cadet Corps is a collegiate police apprenticeship program that aims towards the two-prong objective of education and discipline. The program encourages the pursuit of higher learning and emphasizes responsibility in the workplace.

    The Police Cadet Corps' main goal is to integrate police officers, with completed baccalaureate degrees, into the rank and file members of the New York City Police Department. This will serve towards a better educated police force with the opportunity and competitive edge to pursue leadership positions. Police cadets are expected to maintain appropriate academic standards at their colleges or universities.

    The New York City Police Department is a paramilitary organization and operates via a clearly delineated rank structure. Therefore, the Police Cadet Corps will instill discipline into its training and for the duration of a cadet's tenure. This protocol will ensure that members of the department demonstrate the highest levels of integrity in their professional and personal lives. Furthermore, it will serve as a prelude to the recruit officer training that all graduating police cadets are expected to attend. The Police Cadet Corps experience will expose cadets to the myriad of police operations and its subculture.

D000219

| PROFICIENCY REQUIREMENTS | | | |
|---|---|---|---|
| DATE ISSUED:<br>4/1/2008 | DATE REVISED:<br>10/1/2010 | CHAPTER:<br>100-3 | PAGE:<br>1 of 1 |

In order to satisfy the requirements to complete the Police Cadet Corps training, police cadets must demonstrate a proficiency in academics and physical fitness.

During the training, examinations will be administered to cadets by their official company instructors.  A minimum grade of 75.0% on each of three written examinations administered is required.  Please refer to Chapter 103-1, "Police Cadet Grading Criteria", for details.

The physical fitness program will require that cadets be able to perform cardiovascular and callisthenic activities in unison.  The Job Standardized Test (JST) measures proficiency in physical fitness and serves as a precursor to training.  Therefore, all cadets have met the requirements needed to effectively participate in physical training.

Upon a police cadet's failure to meet any of the above standards, the Commanding Officer of the Police Cadet Corps shall cause the police cadet to be notified orally and in writing that he/she has failed the training program and that termination procedures will be initiated.

D000220

| PERSONAL RESPONSIBILITIES | | | |
|---|---|---|---|
| DATE ISSUED:<br>4/1/2008 | DATE REVISED:<br>04/25/2011 | CHAPTER:<br>100-4 | PAGE:<br>1 of 1 |

Although police cadets will receive a comprehensive training program, it remains the obligation of the police cadet to take personal responsibility for his or her actions while on duty and off duty. A strong foundation in this dimension will determine how the cadet will perform and respond to the training program.

Police cadets are further reminded to use caution when posting information on social networking sites. *Patrol Guide Procedure, 203-10 Public Contact-Prohibited Conduct,* prohibits Members of Service from divulging or discussing official Department business, except as authorized. Police cadets should also be aware that using the Department logo is prohibited unless authorized by the Police Commissioner. The professional conduct that is demanded of you as a police cadet extends to your off duty behavior as well. This includes your conduct and behavior on social networking sites. Your behavior on these sites is a direct reflection on you as a police cadet and a member of this Department. Any misconduct arising from the use of social networking sites will be closely scrutinized and not tolerated.

D000221

| FITNESS FOR DUTY | | | |
|---|---|---|---|
| DATE ISSUED:<br>6/01/2003 | DATE REVISED:<br>10/1/2010 | CHAPTER:<br>105-1 | PAGE:<br>1 of 1 |

FITNESS FOR DUTY   1.   Be fit for duty at all times, except when on sick report.

2.   Do not consume intoxicants to the extent that member becomes unfit for duty.

NOTE: *A member of the service who refuses to submit to chemical testing in connection with an alleged violation of section 1192 of the New York State Vehicle and Traffic Law (Driving While Intoxicated) will be charged with violating Patrol Guide procedure 203-10, page 1, step 4, "Engaging in conduct prejudicial to the good order, efficiency, or discipline of the Department."*

*Members of the service are also reminded of the Department's commitment to the many counseling and assistance programs available for a wide variety of problems. Members who are experiencing problems related to alcohol, or know of any other member who may be experiencing problems related to alcohol, are strongly encouraged to call HELPLINE at (718) 271-7777, in order to achieve confidential assistance.*

D000244