**EXHIBIT S**

01/03/2016  15:18    7182468592                    NUERO                              PAGE  18/76

Feb. 19. 2013 10:21AM                                                    No. 4651   P. 9/24



**MRA Head without**                                                          Final

History: Evaluate for aneurysm, [REDACTED] years old man with tingling and numbness.

Technique: MRA of the brain was obtained without contrast administration. The patient had MRI of the brain was obtained concurrently and reported separately. There is no prior similar exam available for comparison.

Findings:
Study demonstrates no evidence of intracranial aneurysm. The left vertebral artery is slightly larger than the right. The basilar artery is grossly unremarkable. The distal portion of the internal carotid arteries are grossly unremarkable. The middle cerebral anterior cerebral and posterior cerebral arteries are also grossly unremarkable. The posterior communicating arteries are small in size. The anterior communicating arteries are symmetrical in size and shape.

Impression:
No evidence of intracranial aneurysm or focal stenosis in the visualized intracranial arteries.

Electronically signed by Mahmoud Dakhel on February 5, 2013 at 8:03 p.m.

D000887

Feb. 19. 2013 10:21AM                                              No. 4651   P. 10/24



MRI Brain With IV Contrast                                                         Final

History: Evaluate for aneurysm. [REDACTED] years old man with tingling and numbness of the left side of the body for 2 weeks.

Technique: Axial FLAIR sagittal and axial T1, axial T2 fast spin echo, axial T2 gradient echo, coronal T2 and Diffusion weighted images were obtained without IV contrast administration., Axial coronal and sagittal T1 postcontrast images were also obtained. The patient had MRA of the head was obtained concurrently and reported separately.

Findings:

There is focal low hyperintense DWI, T2 and FLAIR signal seen at the right aspect of the pons with questionable corresponding to hypointense ADC map. Findings could represent subacute small right pons infarction. Other etiology is not totally excluded. This lesion demonstrates isointense T1 signal and no corresponding enhancement in the postcontrast images.

The rest of the brain parenchymal is grossly unremarkable. There is no evidence of mass lesion mass effect or midline shift. The ventricles and sulci are normal in size and shape for the patient's age. The gray-white matter differentiation is grossly intact. There is no evidence of abnormal enhancement in the brain. There is no evidence of intra-axial or extra-axial collection. The sella suprasellar and CP angle regions are grossly unremarkable. There is no evidence of intracranial hemorrhage at the GRE images.

Impression:

Focal hyperintense DWI lesion seen at the right pons with questionable hypointense ADC map signal. The differential diagnoses includes but not limited to subacute infarction. Other etiology is not entirely excluded. There is no evidence of appreciable enhancement of this lesion.
No evidence of other acute abnormality in this exam.

Electronically signed by Mahmoud Dakhel on February 3, 2013 at 2:52 p.m.

| | | | | |
|---|---|---|---|---|
| White Cell Count | 8.3 | | [4.8-10.8 K/cmm] | Final |
| Red Cell Count | 5.22 | | [4.40-5.90 M/cmm] | Final |
| Hemoglobin | 15.9 | H | [11.0-15.8 g/dL] | Final |
| Hematocrit | 47 | H | [34-45 %] | Final |
| Mean Corp Vol | 90 | | [80-94 fL] | Final |
| MCH | 30 | | [27-31 pg] | Final |
| MCHC | 33.7 | | [32.0-36.0 g/dL] | Final |
| Red Cell Dist. Width | 14.1 | | [11.5-14.5 %] | Final |
| Platelet Count | 213 | | [130-400 K/cmm] | Final |
| Auto Neutro | 48.8 | | [42.2-75.2 %] | Final |
| Auto Lymph | 41.1 | | [20.0-51.0 %] | Final |

Flowsheet Print Request

Patient: UMANZOR, RANDY  
MRN: 00004961339  
Last 100 Results  
Printed by: Desir (Office Asst), Keshia  
Printed on: 2/3/2016 12:20 PM

| Laboratory | 10/5/2015 12:54 PM | 2/23/2015 2:30 PM | 3/28/2014 1:20 PM |
|---|---|---|---|
| **Hemogram** | | | |
| WBC | 4.8 K/uL | 5.0 K/uL | 5.1 K/uL |
| Uncorrected WBC | 4.8 K/uL | 5.0 K/uL | 5.1 K/uL |
| RBC | 5.44 M/uL | 5.07 M/uL | 5.14 M/uL |
| Hemoglobin | 15.9 g/dL | 15.4 g/dL | 15.2 g/dL |
| Hematocrit | 50.0 % (H) | 45.1 % | 44.8 % |
| MCV | 91.9 fL | 89.0 fL | 87.2 fL |
| MCH | 29.2 pg | 30.3 pg | 29.6 pg |
| MCHC | 31.8 g/dL (L) | 34.1 g/dL | 33.9 g/dL |
| RDW | 14.2 % | 14.1 % | 14.4 % |
| Platelets | 228 K/uL | 239 K/uL | 231 K/uL |
| MPV | 8.6 fL | 8.8 fL | 9.0 fL |
| **Automated Differential** | | | |
| Neutrophils % | 60.8 % | 54.5 % | |
| Lymphocytes % | 31.4 % | 37.7 % | |
| Monocytes % | 5.8 % | 5.6 % | |
| Eosinophils % | 1.4 % | 1.7 % | |
| Basophils % | 0.6 % | 0.5 % | |
| Neutrophils # | 2.90 K/uL | 2.70 K/uL | |
| Lymphocytes # | 1.50 K/uL | 1.90 K/uL | |
| Monocytes # | 0.30 K/uL | 0.30 K/uL | |
| Eosinophils # | 0.10 K/uL | 0.10 K/uL | |
| Basophils # | 0.00 K/uL | 0.00 K/uL | |
| **General Chemistry** | | | |
| Glucose | 123 mg/dL (H) | 80 mg/dL | 77 mg/dL |
| BUN | 13 mg/dL | 14 mg/dL | 15 mg/dL |
| Creatinine | 0.72 mg/dL | 0.91 mg/dL | 0.73 mg/dL |
| eGFR if non-African American | >90.0 mL/min/1.73m^2 (*) | 86.7 mL/min/1.73m^2 (*) (L) | >60.00 mL/min/1.73m^2 (*) |
| eGFR if African American | >90.0 mL/min/1.73m^2 (*) | >90.0 mL/min/1.73m^2 (*) | >60.00 mL/min/1.73m^2 (*) |
| Sodium | 138 mmol/L | 139 mmol/L | 141 mmol/L |
| Hemolysis Index | Not Hemolyzed | Not Hemolyzed | Not Hemolyzed |
| Potassium | 4.4 mmol/L | 3.9 mmol/L | 4.2 mmol/L |
| Chloride | 106 mmol/L | 104 mmol/L | 102 mmol/L |
| Carbon Dioxide | 26 mmol/L | 27 mmol/L | 27 mmol/L |
| Calcium | 9.0 mg/dL | 9.5 mg/dL | 9.3 mg/dL |
| Anion Gap | 6 mmol/L (L) | 8 mmol/L | 12 mmol/L |
| Albumin | 4.5 g/dL | 4.4 g/dL | 4.7 g/dL |
| Total Protein | 7.7 g/dL | 7.3 g/dL | 7.3 g/dL |
| A/G Ratio | 1.4 | 1.5 | 1.8 (H) |
| Total Globulin Calculation | 3.2 gm/dL | 2.9 gm/dL (L) | 2.6 gm/dL (L) |
| Bilirubin Total | 1.1 mg/dL (H) | 1.1 mg/dL (H) | 0.6 mg/dL |
| Alkaline Phosphatase | 93 (*) | 89 (*) | 90 unit/L |
| ALT | 25 unit/L | 24 unit/L | 28 unit/L |
| AST | 14 unit/L (L) | 16 unit/L | 15 unit/L |
| Lipemic Index | Not Lipemic | Not Lipemic | Not Lipemic |
| Icteric Index | Not Icteric | Not Icteric | Not Icteric |
| Vitamin B12 | | | 1,665 pg/mL (H) |
| **Therapeutic Drug Monitoring** | | | |
| Vitamin D, 25 Hydroxy, Total | 27.2 ng/mL (*) (L) | 30.8 ng/mL (*) | 44.3 ng/mL (*) |

Page 1

D000889

Flowsheet Print Request

Patient: UMANZOR, RANDY
MRN: 00004961339
Printed by: Desir (Office Asst), Keshia
Last 100 Results
Printed on: 2/3/2016 12:20 PM

| Laboratory | 10/5/2015 12:54 PM | 2/23/2015 2:30 PM | 3/28/2014 1:20 PM |
|---|---|---|---|
| **Endocrinology** | | | |
| Thyroid Stimulating Hormone | | | 2.140 mIU/mL |
| Thyroxine (T4), Total | | | 8.1 ug/dL |
| Thyroxine (T4), Free | | | 1.04 ng/dL |
| **Miscellaneous Lab Tests** | | | |
| Misc Test Name | | | Stratify JCV |
| Misc Result | | | See scanned report/Ref Lab |