**EXHIBIT T**

To whom this may concern:

      My name is Randy Umanzor and I was disqualified for the cadet position due to my disability. I was diagnosed with Multiple Sclerosis last year but I am not handicapped. I feel that it was unfair of the NYPD to disqualify me from my dream as I feel 100% fine. The position I applied for was the cadet position. I don't understand why I was disqualified for this position as I am a full time college student with a good GPA, and I am able to do everything. My health is overall great, and I feel excellent, thank god. I am able to complete any duties I would need to complete as a cadet and in fact I am even able to complete any police officer duties. My neurologist whom I've been seeing for over a year has found me fit to enter the NYPD as a cadet or officer; and I am puzzled at this disqualification for the cadet position. I really don't understand and think it is unfair for the NYPD to do that. It has been my dream to join the Police Department of New York City since I was very young. It is upsetting to have my dreams crushed. I would understand this decision if my condition was severe and I was unable to complete any duties I would need but I can do anything a regular person can do. These are the reasons why I think this decision should be reversed. Thank you for taking the time to read this. I appreciate any help that you may give.

Randy Umanzor
Exam No. 2215
List No. 144