**EXHIBIT U**

Umanzor / New York City Police Department                      EEOC Charge

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA  ☒ EEOC | REDACTED |

| S.S. No. | | |
|---|---|---|
| REDACTED | | |

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) | |
|---|---|---|
| Mr. Randy Umanzor | REDACTED | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| REDACTED | | REDACTED |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| New York City Police Department | More than 34,5000 | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1 Centre Street | New York, NY 10007 | New York |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ AGE
☐ RETALIATION   ☐ NATIONAL ORIGIN   ☒ DISABILITY   ☐ OTHER

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)        LATEST (ALL)
On or about May 20, 2014

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet)

On or about May 20, 2014, I was disqualified for a cadet position with the New York City Police Department ("NYPD") due to having been diagnosed with Multiple Sclerosis ("MS"). In and around 2013, I was diagnosed with MS but I have fully qualified for the cadet position. I feel fine, do not have any symptoms of the disease, and have not limitations or handicaps. I am a full time college student at the John Jay School of Criminal Justice with a good grade point average and my overall health is excellent. I am able to complete any duties that I would need to complete as a cadet and/or police officer. My neurologist found me fit to enter the NYPD. It has been my dream to join the NYPD since I was very young, and I am very upset to have my dreams crushed. I would understand this decision if my condition did not permit me to complete my duties, but I am able to complete anything a person without an MS diagnosis could do.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |

Umanzor / New York City Police Department                    EEOC Charge

| | | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE |
| --- | --- | --- |
| | | (Day, month, and year) |
| Date | Charging Party (Signature) | |

EEOC FORM 5 (Test 10/94)