

CENTER FOR NEUROSCIENCE    263 SEVENTH AVENUE #5C, BROOKLYN, N.Y. 11215  TEL 718/246-8614  FAX 718/246-8656

ADULT NEUROLOGY

MIRAN SALGADO, MD
Movement Disorders
General Neurology

CARY BUCKNER, MD
Neuromuscular Diseases, EMG
General Neurology

ANDREW DAWSON, MD
Epilepsy, EEG

SHAHIN NOURI, MD
Epilepsy, EEG Autonomic Disorders

ADINA ALPORT, MD
Neuropathy, EMG

KRISTEN BABINSKI, MD
Multiple Sclerosis

AMY ZARRIN, MD
EMG, Neuromuscular Diseases

JEFFREY BENJAMIN, MD
Stroke, General Neurology

PEDIATRIC NEUROLOGY

ROMAINE SCHUBERT, MD
Neuro-developmental, Epilepsy, EEG

PSYCHIATRY

JESSY J. COLAH, MD
Geriatric Psychiatry,
Substance Abuse

AMARSINGH GHORPADE, MD
Psychoanalysis

PSYCHOLOGY

ROBERT PIERRO, MD

ALBERT ORTEGA, PHD
Neuropsychology

PAUL CARROL, MD
Psychotherapy

REHABILITATION

MONA ELKOMOS-BOTROS, MD
EMG, Pain Mngt & Rehab

AKRAM CHOWDHURY, MD

SHEREEN MAKAR, MD

Patient: Randy Umanzor
DOB: Redacted

April 15, 2014

To Whom It May Concern:

Mr. Umanzor is a patient under my care for relapsing remitting multiple sclerosis diagnosed in February 2013. His neurological exam is normal except for mild sensory loss in the first two fingers on the left hand. He is medically stable for entry into the NYPD as a cadet. Please contact me if you have any questions at 718-246-8590.

Sincerely,

Kristen Babinski, MD

Member
New York-Presbyterian Healthcare System
Affiliated with The Weill Medical College of Cornell University

**D000018**