# THE HARMAN FIRM, LLP

**Attorneys & Counselors At Law**
www.theharmanfirm.com

April 2, 2016

**VIA ECF**

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, New York 10007

   Re: *Randy Umanzor v. The New York City Police Department*
      14 Civ. 9850 (VSB)(KNF)

Dear Judge Broderick:

  We represent Plaintiff Randy Umanzor in the above-referenced employment discrimination action. We write to respectfully request that Docket Entry 61 be stricken and deleted from the docket and that Docket Entry 62 be accepted as timely filed *nunc pro tunc*.

  In Docket Entry 61, two documents— #4 Ex. C, Disqualification Letter and #5 Ex. D, July Letter—were inadvertently filed without having first been redacted. At present, Plaintiff's date of birth and social security number appear on the docket. Once counsel learned of these errors and the mechanism to fix them, we filed Docket Entry 62, which is identical to Docket Entry 61 except those errors were corrected. *See* Electronic Case Filing Rules & Instructions 14.11 (requiring counsel to file a corrected entry upon learning of a mistaken filing). As such, Plaintiff respectfully requests that Docket Entry 61 be stricken and deleted from the docket and that Docket Entry 62 be accepted as timely filed *nunc pro tunc*.

  Thank you for your time and attention to this matter.

              Respectfully submitted,

              */s/ Walker G. Harman, Jr.*

              Walker G. Harman, Jr.

cc: Michael F. Fleming (via ECF)
   Joseph D. Lockinger (via ECF)

220 Fifth Ave., Suite 900
New York, New York 10001
T 212 425 2600 F 212 202 3926